**FILED**

JUL 29 2013

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

DARRELL D. ANDERSON,              )
                                  )
            Plaintiff,            )
                                  )       **1 3 CV - 4 6 8 JHP - FHM**
v.                                )       Case No. _____
                                  )
PREMIER COMMUNITY SERVICES,       )       **JURY TRIAL DEMANDED**
INC., an Oklahoma corporation,    )
                                  )
            Defendant.            )

### NOTICE OF REMOVAL

Defendant Premier Community Services, Inc. ("Defendant" or "Premier") hereby Notifies

the Court and the parties that it is removing this action to the United States District Court for the

Northern District of Oklahoma pursuant to 28 U.S.C. §1331 and 28 U.S.C. §§1441 *et seq.*

Defendant respectfully shows the Court as follows:

1.      Premier is the Defendant in a civil action brought against it in the District Court

of Tulsa County, State of Oklahoma, styled *Darrell D. Anderson v. Premier Community

Services, Inc.*, Case No. CJ-2013-3155 ("State Court Action").

2.      Based upon the allegations in the Petition filed in the State Court Action, at the

time of filing this action and at the present time, Plaintiff Darrell Anderson ("Plaintiff") was and

is a resident and citizen of the State of Oklahoma.

3.      At the time of filing this action and at the present time, Defendant was and is a

corporation duly organized and existing under the laws of the State of Oklahoma and no other

state, with its principal place of business in Tulsa, Oklahoma.

4.      In Paragraph 3 of the Petition filed in the State Court Action, Plaintiff alleges that

Defendant is subject to "Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq."

1

In Paragraph 5 of his Petition filed in the State Court Action, Plaintiff asserts that he "...was constructively discharged, based on his race and based upon retaliation for his complaints, both internally and to government agencies, of illegal actions taken by Defendant." Therefore, as plead, this is the kind of action of which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. §1331 because some or all of Plaintiff's claims arise under the Constitution, laws, or treaties of the United States.

5.     The aforementioned State Court Action was commenced on July 3, 2013, when Plaintiff filed a Petition, of which Defendant received service on July 9, 2013, through Defendant's employee, Trish Vedda.

6.     Copies of all process, pleadings, and orders filed or served upon Defendant in the aforementioned State Court Action are attached hereto as follows, and made a part hereof:

| Exhibit 1 | Docket Sheet |
| Exhibit 2 | Petition |
| Exhibit 3 | Original Summons |
| Exhibit 4 | Return of Service and Proof of Service Affidavit |

7.     This Notice of Removal is being filed within thirty (30) days after receipt by Defendant of a copy of the Petition in the State Court Action, from which it was first ascertained that the case is one that is removable, and, accordingly, it is timely filed under 28 U.S.C. §1446.

8.     Contemporaneously herewith, written notice of this Notice of Removal will be served on all parties to this action, and a copy of this Notice of Removal is being filed with the Court Clerk of Tulsa County, Oklahoma, pursuant to 28 U.S.C. §1446, which shall effect the removal, and said State Court shall proceed no further unless and until the case is remanded, as

2

provided by law.  A copy of that Notice of Filing Notice of Removal is attached hereto as Exhibit 5.

WHEREFORE, Defendant Premier Community Services, Inc., by and through its undersigned counsel, hereby removes the above-captioned case now pending in the District Court of Tulsa County, State of Oklahoma, to the United States District Court for the Northern District of Oklahoma.

**JURY TRIAL DEMANDED.**

Respectfully submitted,

Rebecca D. Stanglein, OBA # 22723
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma  74172-0148
Telephone: (918) 586-5715
Facsimile: (918) 586-8611
E-mail: rstanglein@cwlaw.com

-and-

Victor F. Albert, OBA #12069
CONNER & WINTERS, LLP
1700 Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 272-5711
Facsimile: (405) 232-2695
E-mail: valbert@cwlaw.com


*ATTORNEYS FOR DEFENDANT*
*PREMIER COMMUNITY SERVICES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2013, I caused to be served a true and correct copy of the foregoing document, by mailing such document to Plaintiff's attorney of record at the address set forth below:

Steven R. Hickman
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Boulevard
Tulsa, Oklahoma  74107

Rebecca D. Stanglein

4

# **EXHIBIT 1**



# DSCN THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| DARRELL D ANDERSON,<br> Plaintiff,<br>v.<br>PREMIER COMMUNITY SERVICES INC,<br> Defendant. | No. CJ-2013-3155<br>(Civil relief more than $10,000:<br>WRONGFUL TERMINATION)<br><br>Filed: 07/03/2013<br><br><br>Judge: Morrissey, Linda G. |

## Parties

ANDERSON, DARRELL D , Plaintiff
PREMIER COMMUNITY SERVICES INC , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| HICKMAN, STEVEN R(Bar # 4172)<br>1700 SOUTHWEST BLVD.<br>TULSA, OK 74107 | ANDERSON, DARRELL D |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

| Issue # 1. | Issue: WRONGFUL TERMINATION (TERMINATE)<br>Filed by: ANDERSON, DARRELL D<br>Filed Date: 07/03/2013 |
|---|---|
| **Party Name:** | **Disposition Information:** |
| **Defendant:** PREMIER COMMUNITY SERVICES INC | Pending. |

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 07-03-2013 | TEXT<br>CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | 85971409 | Jul 3 2013 4:13:08:513PM | - | $ 0.00 |
| 07-03-2013 | TERMINATE<br>WRONGFUL TERMINATION | - | | 85971411 | Jul 3 2013 4:24:31:203PM | Realized | $ 0.00 |
| 07-03-2013 | DMFE<br>DISPUTE MEDIATION FEE($ 2.00) | - | | 85971412 | Jul 3 2013 4:13:08:593PM | Realized | $ 2.00 |
| 07-03-2013 | PFE1 | - | | 85971413 | Jul 3 2013 4:21:43:473PM | Realized | $ 163.00 |

PETITION($ 163.00)
📄 *Document Available (#1021099457)*

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 PFE7 | - | 85971414 | Jul 3 2013 4:13:08:593PM | Realized | $ 6.00 |
| LAW LIBRARY FEE($ 6.00) | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 OCISR | - | 85971415 | Jul 3 2013 4:13:08:593PM | Realized | $ 25.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 CCADMIN02 | - | 85971416 | Jul 3 2013 4:13:08:593PM | Realized | $ 0.20 |
| COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 OCJC | - | 85971417 | Jul 3 2013 4:13:08:593PM | Realized | $ 2.00 |
| OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 OCASA | - | 85971418 | Jul 3 2013 4:13:08:593PM | Realized | $ 5.00 |
| OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 CCADMIN04 | - | 85971419 | Jul 3 2013 4:13:08:593PM | Realized | $ 0.50 |
| COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 LTF | - | 85971420 | Jul 3 2013 4:13:08:713PM | Realized | $ 10.00 |
| LENGTHY TRIAL FUND($ 10.00) | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 SMF | - | 85971421 | Jul 3 2013 4:13:08:743PM | Realized | $ 5.00 |
| SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 SMIP | - | 85971422 | Jul 3 2013 4:13:08:773PM | Realized | $ 0.00 |
| SUMMONS ISSUED - PRIVATE PROCESS SERVER | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 TEXT | - | 85971410 | Jul 3 2013 4:13:08:533PM | - | $ 0.00 |
| OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MORRISSEY, LINDA G. TO THIS CASE. | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| 07-03-2013 ACCOUNT | - | 85971428 | Jul 3 2013 4:13:41:533PM | - | $ 0.00 |

RECEIPT # 2013-2632695 ON 07/03/2013.
PAYOR:FRASIER FRASIER TOTAL AMOUNT PAID: $218.70.
LINE ITEMS:
CJ-2013-3155: $168.00 ON AC01 CLERK FEES.
CJ-2013-3155: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2013-3155: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2013-3155: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2013-3155: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2013-3155: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2013-3155: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2013-3155: $10.00 ON AC81 LENGTHY TRIAL FUND.

---

| | | | | | |
|---|---|---|---|---|---|
| 07-10-2013 S | - | PREMIER COMMUNITY SERVICES INC | 86030200 | Jul 11 2013 9:09:15:580AM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED SUMMONS BY CORP SERVICE BY SERVING TRISH VEDDA ON 7/9/13 BY PROCESS SERVER
📄 *Document Available (#1022337999)*

---

# EXHIBIT 2

*1021099457*

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

**DISTRICT COURT**
**F I L E D**

JUL 0 3 2013

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

DARRELL D. ANDERSON,              )
                                  )
              Plaintiff,          )
                                  )
v.                                )      **CJ 2013-03155**
                                  )      Case No.
PREMIER COMMUNITY SERVICES,       )      *Attorneys' Lien Claim*
INC., an Oklahoma corporation,    )      *Jury Trial Demanded*
                                  )
              Defendant.          )

**LINDA G. MORRISSEY**

**PETITION**

COMES NOW Plaintiff and for his claims and causes of action against
Defendant states and alleges:

1.      Plaintiff, Darrell D. Anderson, is a resident of Tulsa County, State of
        Oklahoma.

2.      Defendant, Premier Community Services, Inc., is a corporation organized
        and existing under the laws of the State of Oklahoma.

3.      At all times material herein, Defendant has been subject to the Oklahoma
        Anti-Discrimination laws, 25 O.S. § 1101 *et seq.*, and Title VII of the Civil
        Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, all as amended.

4.      At all times material herein, Defendant has acted by and through its agents,
        servants and employees, who were acting within the scope of their agency,
        service and employment.

5.      Plaintiff was a long-time employee of Defendant until June, 2012, when

I:\@aashley clients\ANDERSON, Darrell D. 13-0159\petition 070213.wpd/vs

Plaintiff was constructively discharged, based on his race and based upon retaliation for his complaints, both internally and to governmental agencies, of illegal actions taken and/or allowed by Defendant.

6.   As a result, Plaintiff has lost wages, has suffered and will suffer emotional distress, and has been otherwise damaged.

7.   The actions of Defendant were willful, wanton, and reckless.

WHEREFORE, premises considered, Plaintiff prays for judgment against Defendant in a sum in excess of $10,000 actual damages, in a sum in excess of $10,000 punitive damages, interest, costs, attorneys' fees, reinstatement, injunctive relief, and such other and further relief to which Plaintiff is deemed entitled.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By:   _____

Steven R. Hickman, OBA #4172
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com

I:\@aashley clients\ANDERSON, Darrell D. 13-0159\petition 070213.wpd/vs

# EXHIBIT 3

## ORIGINAL SUMMONS

### IN THE DISTRICT COURT OF TULSA COUNTY
### STATE OF OKLAHOMA, 500 SOUTH DENVER, TULSA, OKLAHOMA 74103

## CJ 2013-03155

DARRELL D. ANDERSON,

                    **Plaintiff(s)**

vs.

PREMIER COMMUNITY SERVICES, INC., an
Oklahoma corporation,

                    **Defendant(s)**

Case No. _____

Attorney(s) for Plaintiff(s)
Name    Steven R. Hickman, OBA #4172
Address   FRASIER, FRASIER & HICKMAN, LLP
          1700 Southwest Boulevard
          Tulsa, OK 74107
Telephone   918/584-4724

PREMIER COMMUNITY SERVICES, INC.
4350 South Sheridan, Suite 103
Tulsa, OK 74145

Bryan Smith
Appointed to serve, PSL # 12-49

Authorized by                Steven R. Hickman

     You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the Court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

     Issued this **3rd** day of **July**, 2013.

Sally Howe Smith, Court Clerk

By: _____
Deputy Court Clerk

(Seal)

This summons and order was served on _____
                            (date of service)

_____
(Signature of person serving summons)

     **YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

### Return ORIGINAL for filing.

# **EXHIBIT 4**

### ORIGINAL SUMMONS



## IN THE DISTRICT COURT OF TULSA COUNTY
### STATE OF OKLAHOMA, 500 SOUTH DENVER, TULSA, OKLAHOMA 74103

# CJ No. 2013-03155

DARRELL D. ANDERSON,

      **Plaintiff(s)**

vs.

PREMIER COMMUNITY SERVICES, INC., an
Oklahoma corporation,

      **Defendant(s)**

| | |
|---|---|
| Attorney(s) for Plaintiff(s) | |
| Name | Steven R. Hickman, OBA #4172 |
| Address | FRASIER, FRASIER & HICKMAN, LLP |
| | 1700 Southwest Boulevard |
| | Tulsa, OK 74107 |
| Telephone | 918/584-4724 |

PREMIER COMMUNITY SERVICES, INC.
4350 South Sheridan, Suite 103
Tulsa, OK 74145

**DISTRICT COURT**

**F I L E D**

JUL 1 0 2013

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

Bryan Smith    */Allen Nelson*

Appointed to serve, PSL # 12-49   *2011-6*

Authorized by        Steven R. Hickman

     You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the Court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

     Issued this **3rd** day of **July** , 2013.

            Sally Howe Smith, Court Clerk

            By: _____

              Deputy Court Clerk

(Seal)

This summons and order was served on **4-9-13** _____

               (date of service)

            (Signature of person serving summons)

     YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

### Return ORIGINAL for filing.

# PROOF OF SERVICE AFFIDAVIT

108495

| | |
|---|---|
| COUNTY OF: | **TULSA** |
| STATE OF: | **OKLAHOMA** |
| PLAINTIFF(S)/IN RE: | **DARRELL D. ANDERSON** |
| DEFENDANT(S): | **PREMIER COMMUNITY SERVICES, INC.** |

**CASE NO: CJ133155**

Documents Served:   **SUMMONS AND PETITION**

Date Received:   8 Jul 2013

Received From:   FRASIER, FRASIER & HICKMAN

1700 S.W. BLVD

TULSA, OK 74107

I,   ALLEN B. NELSON                                         , do hereby certify that I served the above named documents on:

## PREMIER COMMUNITY SERVICES, INC.

| | |
|---|---|
| By delivering copies to: | TRISH VEDDA |
| (Title/Relationship) | HUMAN RESOURCES |
| Address of Service: | 4530 S. SHERIDAN, STE. 103 |
| | TULSA, OK 74145 |
| Date of Service: | 9 Jul 2013 |
| Time of Service: | 1:55     am     pm X |

PERSONAL SERVICE.

RESIDENTIAL SERVICE (by leaving a true copy of said process with a person residing therein, who is fifteen (15) years of age or older, at the above listed address, which is the usual place of abode or dwelling house of the above named person(s)

X    CORPORATION/PARTNERSHIP/ENTITY, ETC. (by delivering a true copy of said process to an officer, attorney, agent or partner of the above named entity.)

### Affidavit

I, the undersigned, under oath, do say, that I served the above named documents and made this return thereon, according to law;  that I am duly authorized to make this affidavit so help me God.

ALLEN B. NELSON                    PSL#     2011-6

Subscribed and Sworn to before me on          9 Jul 2013

10/19/14

My Commission Expires

Notary Public

**Bryan Smith & Associates, Inc.**

P.O. Box 799   Tulsa, OK 74101

Office: 918-582-5353   Toll Free: 800-528-2724

email: bsai799@aol.com

# EXHIBIT 5

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| DARRELL D. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CJ-2013-3155 |
| | ) | Judge Linda G. Morrissey |
| PREMIER COMMUNITY SERVICES, | ) | |
| INC., an Oklahoma corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   The above-named Plaintiff, and said Plaintiff's attorney of record:
Darrell D. Anderson
c/o Steven R. Hickman
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Boulevard
Tulsa, Oklahoma 74107

YOU WILL TAKE NOTICE that on the 29th day of July, 2013, Defendant Premier Community Services, Inc., filed with the Clerk of the United States District Court for the Northern District of Oklahoma in Case No. _____, styled *Darrell D. Anderson v. Premier Community Services, Inc.*, its Notice of Removal, together with copies of all process, pleadings, and orders served upon it in the above-captioned action. A true and correct copy of such Notice of Removal is attached hereto as Exhibit A.

DATED this 29th day of July, 2013.

Respectfully submitted,

_____
Rebecca D. Stanglein, OBA # 22723
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma  74172-0148
Telephone: (918) 586-5715
Facsimile: (918) 586-8611
E-mail: rstanglein@cwlaw.com

-and-

Victor F. Albert, OBA #12069
CONNER & WINTERS, LLP
1700 Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 272-5711
Facsimile: (405) 232-2695
E-mail: valbert@cwlaw.com

***ATTORNEYS FOR DEFENDANT
PREMIER COMMUNITY SERVICES, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2013, I caused to be served a true and correct copy of the foregoing document, by mailing such document to Plaintiff's attorney of record at the address set forth below:

Steven R. Hickman
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Boulevard
Tulsa, Oklahoma  74107

_____
Rebecca D. Stanglein