IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRELL D. ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CV-468-JED-FHM |
| | ) |
| PREMIER COMMUNITY SERVICES, | ) |
| INC., an Oklahoma corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Darrell D. Anderson, by and through his counsel of record, Steven R. Hickman of Frasier, Frasier & Hickman, LLP, and Defendant, Premier Community Services, Inc., by and through its counsel of record, P. Bradley Bendure of Conner & Winters, LLP, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted in this action with prejudice to the re-filing of same. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

By /s/ P. Bradley Bendure
P. Bradley Bendure, OBA #19048
Nancy E. Vaughn, OBA #9214
Rebecca D. Stanglein, OBA #22723
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172
Telephone: (918) 586-5711
Facsimile: (918) 586-8611
Email:   bbendure@cwlaw.com
         nvaughn@cwlaw.com
         rstanglein@cwlaw.com

-and-

Victor F. Albert, OBA #12069
CONNER & WINTERS, LLP
1700 One Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102
Telephone:  (405) 272-5711
Facsimile:  (405) 232-2695
Email:  valbert@cwlaw.com

***ATTORNEYS FOR DEFENDANT***
***PREMIER COMMUNITY SERVICES, INC.***

-and-

By_____
Steven R. Hickman, OBA #4172
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Boulevard
Tulsa, Oklahoma  74107
Telephone: (918) 584-4724
Facsimile: (918) 583-5637
E-mail: frasier@tulsa.com

***ATTORNEYS FOR PLAINTIFF***
***DARRELL D. ANDERSON***